# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2021

## NO. 03-20-00178-CR

**James Edward Insco, II, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments that requires modification. Therefore, the Court modifies the judgments of conviction to remove any payment imposed under Article 42A.455 of the Texas Code of Criminal Procedure. The judgments of conviction, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.